AO 458 (Rev. 06/09)  Appearance of Counsel

E-FILED
Monday, 13 August, 2018  09:08:32 AM
Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT
for the
_____ District of _____

|  |  |
|---|---|
| _____ ) | |
| *Plaintiff* ) | |
| v. ) | Case No. |
| _____ ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

_____ .

Date: _____

_____
*Attorney's signature*

_____
*Printed name and bar number*

_____
*Address*

_____
*E-mail address*

_____
*Telephone number*

_____
*FAX number*

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | )  |            |
|---|---|---|
| *Plaintiff* | ) | |
| v.  | ) | Case No. |
|  | ) | |
| *Defendant* | ) | |

CERTIFICATE OF SERVICE

I certify that on _____, I electronically filed the foregoing with the Clerk of the

Court using the CMECF system which will send notification of such filing to the following:

_____,

and I certify that I have mailed by the United States Postal Service the document to the following

non CMECF participants:

_____.

*Attorney's signature*

*Printed name and bar number*

*Address*

*E-mail address*

*Telephone number*

*Fax number*