# IN THE UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS
# URBANA DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) |
| Plaintiff, | ) |
| vs. | ) Case No. 2:18-cv-2212 |
| URBANA SCHOOL DISTRICT NO. 116, | ) ) |
| Defendant, | ) |
| and | ) ) |
| URBANA EDUCATION ASSOCIATION, IEA-NEA, | ) ) |
| Rule 19 Defendant. | ) |

## SUBSTITUTION OF ATTORNEYS

The Defendant, Urbana School District No. 116, by and through its counsel, Susan E. Nicholas and Dennis L. Weedman of Robbins, Schwartz, Nicholas, Lifton & Taylor, Ltd. hereby consents to the withdrawal of Dennis L. Weedman, as one of the counsel of record, and to the substitution of Kevin P. Noll of Robbins, Schwartz, Nicholas, Lifton & Taylor, Ltd., as one of its counsel of record.

Respectfully submitted,

URBANA SCHOOL DISTRICT NO. 116

By:   /s/  Susan E. Nicholas
      One of its Attorneys

## APPEARANCE

Kevin P. Noll of Robbins, Schwartz, Nicholas, Lifton & Taylor, Ltd. hereby enters his appearance as one of its counsel of record for Urbana School District No. 116.

Respectfully submitted,

URBANA SCHOOL DISTRICT NO. 116

/s/    Kevin P. Noll

Susan E. Nicholas  ARDC# 6278132
**ROBBINS SCHWARTZ NICHOLAS**
  **LIFTON & TAYLOR, LTD.**
301 N. Neil Street, Suite 400
Champaign IL 61820
Telephone :  (217) 363-3040
snicholas@robbins-schwartz.com

Kevin P. Noll
ARDC No. 6313611
**ROBBINS SCHWARTZ NICHOLAS, LIFTON & TAYLOR, LTD.**
55 West Monroe St., Suite 800
Chicago, IL  60603-5144
knoll@robbins-schwartz.com
(312) 332-7760; (312) 332-7768 fax

## CERTIFICATE OF SERVICE

I hereby certify that on May 12, 2023, I electronically filed the Substitutions of Attorneys with this CERTIFICATE OF SERVICE with the Court Clerk via the federal electronic filing system EM/ECF which will send notification of such filing as follows:

| | |
|---|---|
| Ann M. Henry<br>U.S. Equal Employment Opportunity Commission<br>ann.henry@eeoc.gov<br><br>Ethan M. M. Cohen<br>U.S. Equal Employment Opportunity Commission<br>ethan.cohen@eeoc.gov | Attorneys for Plaintiff |
| Michael H. Slutsky<br>Allison, Slutsky & Kennedy, PC<br>slutsky@ask-attorneys.com<br><br>N Elizabeth Reynolds<br>reynolds@ask-attorneys.com<br><br>Ryan Matthew Thoma<br>ryan.thoma@ieanea.org | Attorneys for Rule 19 Defendant |

        s/ Susan E. Nicholas
        Susan E. Nicholas #6278132
        Robbins, Schwartz, Nicholas,
           Lifton & Taylor, Ltd.
        301 N. Neil Street, Suite 400
        Champaign IL 61820
        Telephone: 217.363.3040
        Fax: 217.345.3548
        Email: snicholas@robbins-schwartz.com