IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) |
| Plaintiff, | ) CIVIL ACTION NO. 2:18-cv-02212-CSG-EIL |
| v. | ) ) |
| URBANA SCHOOL DISTRICT NO. 116 | ) JUDGE MYERSCOUGH ) |
| Defendant | ) ) MAGISTRATE JUDGE LONG |
| and | ) ) |
| URBANA EDUCATION ASSOCIATION, IEA-NEA | ) ) ) |
| Rule 19 Defendant | ) ) |

**JOINT MOTION REQUESTING A RULING ON MOTIONS FOR SUMMARY JUDGMENT OR A STATUS HEARING**

Plaintiff Equal Employment Opportunity Commission, Defendant Urbana School District No. 116, and Rule 19 Defendant Urbana Education Association IEA-NEA jointly move the Court for a ruling on the pending motions for summary judgment, or in the alternative, a status hearing with the Court. In support thereof, the parties state:

1. The EEOC filed this action on August 10, 2018, alleging that Urbana School District No. 116 violated the Age Discrimination in Employment Act by limiting the earnings increases of Charging Party Charles Koplinski and other teachers over the age of 45 pursuant to a provision of the collective bargaining agreement between the District and the Urbana Education Association that limited earnings increases of teacher who were within ten years of retirement eligibility. ECF No. 1.

1

2. On August 16, 2021, the EEOC filed a Motion for Partial Summary Judgment on Liability and Damages, ECF No. 30, and Urbana School District No. 116 filed a Motion for Summary Judgment. ECF No. 31.

3. The parties filed their respective responses to the motions on September 7, 2021, ECF Nos. 33, 34, and replies on September 21, 2021. ECF Nos. 36, 37.

4. Therefore, the parties jointly request that the Court issue a ruling on the pending motions for summary judgment. In the alternative, the parties request that the Court set the case for a status hearing.

Date: <u>August 24, 2023</u>                                                             Respectfully submitted,

**Plaintiff Equal Opportunity Employment Commission**:

/s/ Ann Henry
Ann Henry
U.S. Equal Employment Opportunity Commission
Chicago District Office
230 South Dearborn, Suite 2920
Chicago, Illinois 60661
(312) 872-9659
ann.henry@eeoc.gov

**Defendant Urbana School District**:

/s/ Susan Nicholas
Susan E. Nicholas
Robbins Schwartz
301 North Neil Street, Suite 400
Champaign, Illinois 61820
(217) 363-3040
(217) 356-3548 (fax)
snicholas@robbins-schwartz.com

**Rule 19 Defendant Urbana Education Association**:

/s/ N. Elizabeth Reynolds
N. Elizabeth Reynolds
Allison, Slutsky & Kennedy, P.C.
230 W. Monroe St., Suite 2000
Chicago, IL 60606
(312) 364-9400, ext. 3010
(312) 364-9410 (fax)
reynolds@ask-attorneys.com