IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) |
| Plaintiff, | ) CIVIL ACTION NO. 2:18-cv-02212-CSG-EIL |
| v. | ) ) |
| URBANA SCHOOL DISTRICT NO. 116 | ) JUDGE MYERSCOUGH ) |
| Defendant | ) MAGISTRATE JUDGE LONG |
| and | ) ) |
| URBANA EDUCATION ASSOCIATION, IEA-NEA | ) ) ) |
| Rule 19 Defendant. | ) ) |

## JOINT MOTION FOR ENTRY OF CONSENT DECREE

The parties, Plaintiff Equal Employment Opportunity Commission, Defendant Urbana School District No. 116 and Rule 19 Defendant Urbana Education Association, IEA-NEA have agreed to the terms of the attached Consent Decree as final resolution of the litigation between them and jointly request that this Honorable Court enter the Decree and sign and date the notice attached as **Exhibit C** to the Decree.

April 4, 2024                                                  Respectfully submitted,

| | |
|---|---|
| **Plaintiff Equal Opportunity Employment Commission**: | **Defendant Urbana School District**: |
| /s/ Ann Henry<br>Ann Henry<br>U.S. Equal Employment Opportunity Commission | /s/ Susan Nicholas<br>Susan E. Nicholas<br>Robbins Schwartz<br>301 North Neil Street, Suite 400 |

1

Chicago District Office
230 South Dearborn, Suite 2920
Chicago, Illinois 60661
(312) 872-9659
ann.henry@eeoc.gov

Champaign, Illinois 61820
(217) 363-3040
(217) 356-3548 (fax)
snicholas@robbins-schwartz.com

**Rule 19 Defendant Urbana Education Association**:


/s/ Michael Slutsky
Michael Slutsky
Of Counsel
Alison Slutsky & Kennedy, P.C.
230 W. Monroe St., Suite 2000
Chicago, IL 60606
(312) 364-9400
(312) 364-9410 (fax)
slutsky@ask-attorneys.com